IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    No. 4:04-CR-00035-04-BRW

VERTIS CLAY

## ORDER

Pending is *Pro Se* Defendant's Motion to "Unseal Judicial Records or Show 'Good' Cause" (Doc. No. 616). Because Defendant has not cited any "Judicial Records" to be unsealed, and has again failed to inform the Court of any right or need to access the information,[1] the Motion is DENIED.

IT IS SO ORDERED this 18th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 610 (denying Defendant's motion for writ of mandamus because Defendant failed to cite any nondiscretionary act a government agent had failed to perform).

1